UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
EON SHEPARD,

                     Petitioner,

  -against-

SUPERINTENDENT,
Elmira Correctional Facility,

                    Respondent.
---------------------------------------------------------------------X

JUDGMENT
02-CV- 3452 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 16, 2004, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.

Dated: Brooklyn, New York
       October 14, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court